IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-60865
_____


GREAT AMERICAN INSURANCE COMPANY,

                                              Plaintiff,

                    versus

WOOD TREATING, INC.; ET AL,

                                              Defendants,

WYNDELL B. MOODY,

               Defendant - Counter Claimant - Appellant,

and

CROSBY WOOD PRESERVING CO.;
STEWART GAMMILL, III,

               Defendants - Counter Defendants - Appellants,

                    versus

FEDERAL INSURANCE COMPANY;
UNITED STATES FIRE INSURANCE COMPANY;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
Successor in interest to New York
Underwriters Insurance Co.;
HARTFORD ACCIDENT AND INDEMNITY COMPANY,

                         Counter Defendants - Appellees.


_____

Appeal from the United States District Court
for the Southern District of Mississippi
(95-CV-48)
_____

January 13, 2003

Before HIGGINBOTHAM and DAVIS, Circuit Judges, and HUDSPETH[*], District Judge.

PER CURIAM:[**]

We affirm for essentially the reasons stated by the trial court.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.